IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

UNITED STATES OF AMERICA      )
                                   )
v.                           )         CR 120-028
                                   )
PERNELL D. SCOTT           )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Defendant's request for oral argument, (doc. no. 72), is therefore **DENIED**. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, and **DENIES** Defendant's motion to suppress, (doc. no. 44).

SO ORDERED this ___18th___ day of November, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA