AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
Southern District of Georgia
Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
JAN 25 AM 10: 45

CLERK M·Akin
SO. DIST. OF GA.

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Pernell D. Scott, | ) Case No:   1:20CR00028-1 |
| AKA Prenell D. Scott | ) |
| | ) USM No:   22640-509 |
| Date of Original Judgment:   August 17, 2022 | ) |
| Date of Previous Amended Judgment: N/A | ) Kenneth D. Crowder |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Previous Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☐ the defendant   ☐ the Director of the Bureau of Prisons   ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

   ☒ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ____August 17, 2022____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   1/25/2024

_____
*Judge's signature*

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Effective Date: _____
*(if different from order date)*                    *Printed name and title*